**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
Sharon R. Lewis, Esq.  SB# 145340
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK TULLY,<br><br>         Plaintiff,<br><br>    v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa Corporation,<br><br>         Defendant. | CASE NO.  2:08-CV-02409-MCE-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

Plaintiff, Patrick Tully and defendant, Allied Property and Casualty Insurance Company, by and through their counsel of record, hereby stipulate to the dismissal of the above-captioned action without prejudice, and request that this Court enter an order dismissing this entire action without prejudice, each side to bear its own costs.

Dated:  December ___, 2008              EASON & TAMBORNINI


                                        By_____
                                           Matthew R. Eason
                                           Attorneys for Plaintiff
                                           Patrick Tully

| | | |
|---|---|---|
| 1 | Dated: December ___, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By _____
Julian J. Pardini
Sharon R. Lewis
Attorneys for Defendant
Allied Property and Casualty Insurance Company

IT IS SO ORDERED.

Dated: January 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400

4842-3470-8483.1                                    -2-
STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE
CASE NO. 2:08-CV-02409-MCE-KJM